# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D23-1511
Lower Tribunal No. 2018-CA-007024-O

_____

JAVIER MATA and ARMANDO MAGALLANES, JR.,

Appellants,

v.

HOLIDAY INN CLUB VACATIONS, INC.,

Appellee.

_____

Appeal from the Circuit Court for Orange County.
Kevin B. Weiss, Judge.

April 16, 2024

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and BROWNLEE and GANNAM, JJ., concur.


Jordan T Isringhaus, J. Andrew Meyer, and Aaron M. Swift, of Finn Law Group, P.A., St. Petersburg, for Appellants.

Allison Morat, of Bitman, O'Brien & Morat, PLLC, Lake Mary, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED